IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**IN RE**

**HUTTO FAMILY DETENTION CENTER**

Case No. A-07-CA-164-SS

_____

## REPORT OF MEDIATOR

TO: THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

This is to report that after mediation from July 25, 2007, to the early morning hours of July 27, 2007, the parties to the above case agreed upon the terms of a settlement. Because of the complexity of the issues in the case, and the concomitant complexity of the agreement, the parties intend to meet in Austin during the week of July 30, 2007, to draft an agreement memorializing the terms agreed upon during the mediation. The undersigned has agreed to be available to mediate any issues that arise during the drafting session. Based on the above, the parties are requesting that the status conference scheduled for Monday, July 30, 2007, be cancelled.

The Clerk is directed to serve a copy of this report on all parties.

SIGNED this 27th day of July, 2007.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE