IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE

HUTTO FAMILY DETENTION CENTER

Case No. A-07-CA-164-SS

_____

**SUPPLEMENTAL REPORT OF MEDIATOR**

TO: THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

This is to report that after a two-day mediation and drafting session on August 6 to 7, 2007, the parties to the above case agreed on the specific terms of virtually all major issues in the case. While the parties were unable to complete a full draft of the Settlement Agreement in the time allotted, it is the undersigned's opinion that the parties will be able to do that within days (subject to final approval by officials representing the Defendants).

The Clerk is directed to serve a copy of this report on all parties.

SIGNED this 8th day of August, 2007.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE